No. 73–219.  Sanford et al. v. Wilson, Governor of New York, et al.  Appeal from Ct. App. N. Y.  Judgment vacated and case remanded for further considera-

tion in light of *Arnett* v. *Kennedy, ante,* p. 134.